# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

2 Facebook Accounts:
O'keefe Wrong Doer - Facebook UID 100015440166237 - "okeefe.wrongdoer" and
LilHavz Grindhard ShineHard - Facebook UID 100006669729547 - "little.havz"

Case No. 18-960 M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _December 28, 2018_ (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Honorable Nancy Joseph_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _December 14, 2018 11:30 am_                 _[signature]_
                                                                  *Judge's signature*

City and State: Milwaukee, Wisconsin                 Honorable Nancy Joseph, U.S. Magistrate Judge
                                                     *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: | Date and time warrant executed: 12-17-2018 12:08 PM | Copy of warrant and inventory left with: FACEBOOK |
| Inventory made in the presence of: | | |

Inventory of the property taken and/or name of any person(s) seized:

- See Attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 2-7-2019

_____
Executing officer's signature

Matthew J. Gibson, DA INV
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 2-7-2019

_____
United States Magistrate Judge

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following Facebook Accounts associated with Okeefer Hooker and Paul E. Anderson:

| NAME | FACEBOOK IDENTIFICATION -UID | FACEBOOK NAME |
|---|---|---|
| O'keefe Wrong Doer | 100015440166237 | "okeefe.wrongdoer" |
| LilHavz Grindhard ShineHard | 100006669729547 | "little.havz" |

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

## Particular Things to be Seized

**I.  Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, photographs, videos, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including for user "okeefe.wrongdoer" with user id 100015440166237: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All contact and personal identifying information, including for user "little.havz" with user id 100006669729547: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(c) All activity logs for the accounts and all other documents showing the users' posts and other Facebook activities;

(d) All photos and videos uploaded by those user IDs and all photos and videos, including live video feeds, uploaded by any user that have either of those users tagged in them;

(e) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f) All other records of communications and messages made or received by the users, including all private messages, chat history, video calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the accounts;

(i) All records of the accounts' usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the users "liked";

(j) All information about the Facebook pages that the accounts are or were a "fan" of;

(k) All past and present lists of friends created by the accounts;

(l) All records of Facebook searches performed by the accounts;

(m) All information about the users' access and use of Facebook Marketplace;

(n) The types of service utilized by the users;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) All records pertaining to communications between Facebook and any person regarding the user or the users' Facebook accounts, including contacts with support services and records of actions taken.

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2119(1) (Carjacking) and 924(c)(brandishing a firearm in furtherance of a crime of violence) involving Okeefer Hooker, Paul Anderson, and Asia Rogers, including, for the user IDs identified on Attachment A, information pertaining to the following matters:

(a) Communications between known subjects. Communications between known subjects and unknown subjects. Pictures of clothing and gun used during armed robbery. Preparatory steps taken in furtherance of the armed robbery. Photos of vehicles involved in the armed robbery, including but not limited to, the stolen Rav4.

(b) Communications related to photos/attachments. Communications related to travel. Communications related to dates.

(c) Evidence indicating how and when the Facebook accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owners;

(d) Evidence indicating the Facebook account owners' states of mind as it relates to the crime under investigation;

(e) The identity of the person(s) who created or used the user IDs, including records that help reveal the whereabouts of such person(s).

(f) The identity of the person(s) who communicated with the user IDs 100015440166237 and 100006669729547 regarding matters relating to the aforementioned violations of the United States Code.

**Service** Facebook
**Target** 100015440166237
**Account Identifier** okeefe.wrongdoer
**Account Type** User
**Generated** 2018-11-15 19:52:39 UTC
**Date Range** 2018-07-01 00:00:00 UTC to 2018-10-30 23:59:59 UTC
**NCMEC Cybertips**

**Name**
  **First** O'keefe
  **Middle**
  **Last** Wrong Doer

43 PDF pages

**Registered Email Addresses**

- IP ADDRESSES

**Vanity Name** okeefe.wrongdoer

**Registration Date** 2017-02-19 21:32:58 UTC

**Registration Ip** 216.4.56.173

**Account Closure Date**    **Account Still Active** true

**Phone Numbers** +14146990747 Cell Verified on 2018-06-29 22:50:28 UTC
+14145542971 Cell Verified

**Credit Cards**

**PayPal Accounts**

**Bank Accounts**

**Logins**    **IP Address** 107.77.173.12
              **Time** 2018-08-29 16:57:21 UTC

              **IP Address** 2607:fb90:283:2a45:d0b4:b88a:989a:d022
              **Time** 2018-08-23 16:12:28 UTC

              **IP Address** 2607:fb90:283:2a45:d58b:cabd:1b6d:c791
              **Time** 2018-08-23 07:25:19 UTC

| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100015440166237 | |
| **Account Identifier** | 100015440166237 | |
| **Account Type** | User | |
| **Generated** | 2019-01-04 16:13:08 UTC | |
| **Date Range** | 2017-01-01 00:00:00 UTC to 2018-10-06 23:59:59 UTC | |
| **NCMEC Cybertips** | | |

| **Name** | **First** | O'keefe |
|---|---|---|
| | **Middle** | |
| | **Last** | Wrong Doer |

**Registered Email Addresses**

**Vanity Name**  okeefe.wrongdoer

**Registration Date**  2017-02-19 21:32:58 UTC

**Registration Ip**  216.4.56.173

| **Account Closure Date** | **Account Still Active** | true |
|---|---|---|

| **Address** | **Street** | |
|---|---|---|
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | |

**Current City**  Milwaukee, Wisconsin (1416205875339580)

**Hometown**  Minneapolis, Minnesota (106300959405546)

**Languages Listed by User**

**Phone Numbers**  +14146990747 Cell Verified on 2018-06-29 22:50:28 UTC
+14145542971 Cell Verified

**Credit Cards**

*Handwritten annotations:*
1844 PAGES
- Photographs
- Messages
- Other Stored Data